**Joshua M. Sasaki**, OSB No. 964182
joshua.sasaki@millernash.com
**John C. Clarke,** OSB No. 153245
john.clarke@millernash.com
MILLER NASH LLP
1140 SW Washington St, Ste 700
Portland, OR 97205
Phone: 503.224.5858
Fax: 503.224.0155

*Attorneys for Defendant Blue Moon Fabrics, Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLUE MOON FABRICS, INC.,<br><br>Defendant. | Case No. 6:25-cv-00333-MTK<br><br>**NOTICE OF SETTLEMENT** |

In accordance with Local Rule 41-1(a), defendant Blue Moon Fabrics, Inc. ("Blue Moon"), provides notice to the Court that the parties have reached substantial agreement about the terms and conditions of settlement, subject to execution of a settlement agreement.

DATED:  April 24, 2025

                MILLER NASH LLP


                */s/ John C. Clarke*
                John C. Clarke, OSB No. 153245
                john.clarke@millernash.com

                *Attorneys for Defendant Blue Moon Fabrics, Inc.*